# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIK HEARD, an individual, | Case No. 5:20-cv-02335-JWH-KKx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF SAN BERNARDINO; DEPUTY JAMIE PULIDO; WATCH COMMANDER LUCAS GAYTAN, and DOES 1-10, | |
| Defendants. | |

Pursuant to the Scheduling Notice and Order [ECF No. 113] entered on or about March 27, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 30, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE